UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:
    MICHAEL TODD STEWARt             CHAPTER 13

        Debtor                      CASE NO: 12-31653-klp

_____

CHRISTIANA TRUST, A DIVISION OF
WILMINGTON SAVINGS FUND SOCIETY,
FSB, AS TRUSTEE FOR STANWICH
MORTGAGE LOAN TRUST, SERIES 2012-
10,
               MOVANT
v.

MICHAEL TODD STEWART
and SUZANNE E. WADE, TRUSTEE

             RESPONDENTS

_____

ANSWER TO MOTION FOR RELIEF FROM STAY

    Comes now, the debtor, Michael Todd Stewart by Counsel, and states for his answer to this Motion For Relief From Stay, the following:

1. Admit #1 through #7 of the Motion.

2. Deny #8 through #12 of the Motion.

      WHEREFORE, the Debtor, MICHAEL TODD STEWART, by Counsel, prays that this Honorable Court enter an Order dismissing the complaint of the Plaintiff.

                                        MICHAEL TODD STEWART


                                  /s/ Robert A. Canfield
                                      BY COUNSEL

Robert A. Canfield, 16901
201 E. BROADWAY
P.O. Box 1324
Hopewell, VA  23860
(804)458-9813
Attorney for the Debtor


                                  CERTIFICATE

      I hereby certify that on this the 11th day of February, 2015, I mailed by prepaid first class mail or electronically mailed a true and accurate copy of the above Answer to the Plaintiff's Attorney, Johnie R. Muncy, ESQUIRE, to Suzanne E. Wade, Chapter 13 Trustee, and to the Debtor, Michael Todd Stewart, 107 S. Jefferson St., Petersburg, VA 23803.

                                                              /s/ Robert A. Canfield
                                                                Robert A. Canfield