# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

**In re:**

**MICHAEL TODD STEWART,**

    **DEBTOR.**

**CHAPTER 13**

**CASE NO. 12-31653-KLP**

**CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST, SERIES 2012-10,**

    **MOVANT,**

**vs.**

**MICHAEL TODD STEWART
and SUZANNE E. WADE, TRUSTEE,**

    **RESPONDENTS.**

## **PRAECIPE**

Comes now, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-10, by Counsel, and hereby withdraws the Motion for Relief filed February 10, 2015 as Docket #32.

**Johnie R. Muncy, Esquire**
**Counsel for Movant**
**Samuel I White, P.C.**
**Bar No. 73248**
**1804 Staples Mill Road,**
**Suite 200**
**Richmond, VA 23230**
**(804) 290-4290**
**File No. 25472**

Respectfully submitted,

Christiana Trust, A Division Of Wilmington Savings Fund Society, Fsb, As Trustee For Stanwich Mortgage Loan Trust, Series 2012-10

By: **/s/JOHNIE R. MUNCY**
Eric D. White, Esquire, Bar No. 21346
D. Carol Sasser, Esquire, Bar No. 28422
David W. Carter, Esquire, Bar No. 70875
Matthew C. DiMuzio, Esquire, Bar No. 80301
Michael T. Freeman, Esquire, Bar No. 65460
Robert A. Jones, Esquire, Bar No. 71123
Brandon R. Jordan, Esquire, Bar No. 72170
Kimberly L. Britt, Esquire, Bar No. 78720
Johnie R. Muncy, Esquire, Bar No. 73248
Douglas S. Rubin, Esquire, Bar No. 84393
Samuel I. White, P. C.
1804 Staples Mill Road,
Suite 200
Richmond, VA 23230
Tel.: (804) 290-4290
Fax: (804) 290-4298
jmuncy@siwpc.com

CERTIFICATE

I hereby certify that a true copy of the foregoing Praecipe was served by regular mail or email this 6th day of May, 2015 on all necessary parties including: Suzanne E. Wade, Trustee, P.O. Box 1780, Richmond, VA 23218-1780; Robert A. Canfield, Counsel for Debtor, P.O. Box 1324, Hopewell, VA 23860; and Michael Todd Stewart, Debtor, 107 S. Jefferson St., Petersburg, VA 23803.

**/s/JOHNIE R. MUNCY**
Johnie R. Muncy, Esquire
Samuel I. White, P.C.